

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC LARA, SR.                                              CIVIL ACTION

VERSUS                                                      NO. 04-2738

STATE OF LOUISIANA, ET AL.                                  SECTION "A"(4)

### ORDER

The Court having considered the complaint, the record, the applicable law, and Plaintiff's objections to the magistrate judge's report and recommendation, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the complaint of Eric Lara, Sr. under 42 U.S.C. § 1983 should be and is hereby **DISMISSED**.

New Orleans, Louisiana, December 5, 2005.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 /  CtRmDep_____
___ Doc. No._____
```